UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JESSIEKA DE TRINIDAD,<br><br>             Plaintiff,<br>     v.<br><br>EMC MORTGAGE CORP., et al.,<br><br>             Defendants.<br>_____/ | No. C 11-1641 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On May 18, 2011, the Defendant in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of June 23, 2011. (Dkt. #6.) Pursuant to Civil Local Rule 7 (in effect at the time Defendant filed its motion), Plaintiff's opposition or statement of non-opposition was due by June 2, 2011; however, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the June 23 hearing and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 30, 2011, and the Court shall conduct a hearing on July 14, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The July 14, 2011 case management conference and related deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: June 13, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JESSIEKA DE TRINIDAD,

        Plaintiff,

v.

EMC et al,

        Defendant.

Case Number: CV11-01641 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jessieka De Trinidad
671-673 Connecticut Street
San Francisco, CA 94107

Dated: June 13, 2011

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2