IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSIEKA DE TRINIDAD,

    Plaintiff,

  v.

EMC,

    Defendant.
_____/

No. C 11-01641 CRB

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

The Court has reviewed Chief Magistrate Judge Maria-Elena James's Report and Recommendation for dismissal based on failure to prosecute and failure to comply with the Court's deadlines and orders. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: July 26, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1641\order adopting RandR.wpd