United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIEKA DE TRINIDAD,<br><br>    Plaintiff,<br><br>  v.<br><br>EMC,<br><br>    Defendant.<br>_____/ | No. C 11-01641 CRB<br><br>**JUDGMENT** |

Having dismissed the case for failure to prosecute, the Court hereby enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 27, 2011

                          CHARLES R. BREYER
                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1641\judgment.wpd